UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING DIVISION

**FILED**

SEP 4 2007

U.S. DISTRICT COURT
WHEELING, WV 26003

PPG INDUSTRIES, INC.            )
                               )
    Plaintiff               )        CIVIL ACTION NO. 5:07-CV-85
                               )
                               )
       v.                 )
                               )
                               )
INTERNATIONAL CHEMICAL WORKERS )
UNION COUNCIL OF THE UNITED FOOD )
& COMMERCIAL WORKERS AND        )
INTERNATIONAL CHEMICAL WORKERS )
UNION COUNCIL OF THE UNITED FOOD )
& COMMERCIAL WORKERS, LOCAL     )
UNION NO. 45C                   )
                               )
    Defendants.             )

# O R D E R

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of **Robert W. Lowrey**, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER: _September 4, 2007_

_____
United States District Judge