UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING DIVISION
**FILED**
SEP 4 2007
U.S. DISTRICT COURT
WHEELING, WV 26003

| | |
|---|---|
| PPG INDUSTRIES, INC. ) | |
| ) | |
| Plaintiff ) | CIVIL ACTION NO. 5:07-CV-85 |
| ) | |
| v. ) | |
| ) | |
| INTERNATIONAL CHEMICAL WORKERS ) | |
| UNION COUNCIL OF THE UNITED FOOD ) | |
| & COMMERCIAL WORKERS AND ) | |
| INTERNATIONAL CHEMICAL WORKERS ) | |
| UNION COUNCIL OF THE UNITED FOOD ) | |
| & COMMERCIAL WORKERS, LOCAL ) | |
| UNION NO. 45C ) | |
| ) | |
| Defendants. ) | |

# ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of **August Randall Vehar**, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER: September 4, 2007

United States District Judge